**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-2065**

_____

In Re: MUZIO ROBERTO; In Re: MARY K. ROBERTO,

                                        Debtors.

_____

MUZIO ROBERTO; MARY K. ROBERTO,

                        Plaintiffs - Appellants,

        versus

UNITED STATES TRUSTEE,

                        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-01-78-AW)

_____

Submitted:  January 31, 2002        Decided:  February 6, 2002

_____

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Muzio Roberto, Mary K. Roberto, Appellants Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Muzio Roberto and Mary K. Roberto appeal from the district court's order denying their motion to reconsider a prior order affirming the bankruptcy court's dismissal of their Chapter 13 petition.  Our review of the record and the district court's opinion discloses no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>Roberto v. United States Trustee</u>, No. CA-01-78-AW (D. Md. filed July 23, 2001, entered July 24, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>